**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-10034-mdc |
| Cynthia Cieri, | Chapter 13 |
| Debtor. | Related to ECF No. 19 |

**Stipulation of Settlement to Debtor's Motion for Sanctions for**
**Violation of the Automatic Stay by Creditor Citizens Bank**

**AND NOW**, on this seventh day of March 2023, Movant/Debtor Cynthia Cieri and Respondent Creditor Citizens Bank, by and through their undersigned attorneys, state as follows:

**WHEREAS**, Ms. Cieri filed a motion for Sanctions for Violation of the Automatic Stay by Creditor Citizens Bank on February 24, 2023, ECF No. 19, alleging that Citizens violated the automatic stay; and

**WHEREAS**, Citizens denies the allegations; and

**WHEREAS**, notwithstanding the merits of their respective positions, the parties believe that it is in their best interests to avoid further litigation of this matter.

**NOW, THEREFORE, BE IT STIPULATED**:

1. Citizens agrees to remit funds in the total amount of $2,644.31 to Cibik Law P.C., representing: (i) $894.31 to Ms. Cieri as a refund of the payment on her Citizens account, (ii) $1,000.00 to Ms. Cieri for damages, and (iii) $750.00 to Cibik Law as compensation for all fees and costs associated with the prosecution of the motion.

2. The funds will be remitted to Cibik Law's address of record within thirty days of the entry of this stipulation.

3. Ms. Cieri acknowledges that Citizens's fulfillment of the provisions of this stipulation fully resolves all damages and potential damages associated with the underlying matter.

4. The parties agree that this matter is hereby **SETTLED**.

| | |
|---|---|
| CIBIK LAW, P.C<br>*Counsel for Movant/Debtor*<br>   *Cynthia Cieri* | WELTMAN WEINBERG & REIS CO L.P.A.<br>*Counsel for Respondent*<br>   *Citizens Bank* |
| By:/s/ Michael I. Assad<br>   Michael I. Assad<br>   Attorney ID 330937<br>   1500 Walnut Street, Suite 900<br>   Philadelphia, PA 19102<br>   215-735-1060<br>   mail@cibiklaw.com | By:/s/ James Valecko<br>   James Valecko<br>   Attorney ID 79596<br>   436 Seventh Avenue, Suite 2500<br>   Pittsburgh, PA 15219<br>   412-434-7958<br>   jimvalecko@weltman.com |

The standing trustee has no objection to the terms above without prejudice to any of its rights and remedies.

KENNETH E. WEST
*Chapter 13 Trustee*

By: /s/ LeeAne O. Huggins
   LeeAne O. Huggins
   Attorney ID 85144
   PO Box 1229
   Philadelphia, PA 19105
   215-627-1377
   ecfemails@ph13trustee.com

## Order Approving Stipulation

**AND NOW**, on this ___15th___ day of March 2023, it is **ORDERED** that this stipulation is **APPROVED**.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge