# Exhibit B

**Mike Assad**

| | |
|---|---|
| **From:** | Cindy <​█████████████▉> |
| **Sent:** | Monday, September 18, 2023 8:11 PM |
| **To:** | Mike Assad |
| **Subject:** | Fwd: Action Required – We haven't received your credit card payment |

Sent from my iPad

Begin forwarded message:

> From: Chase <no.reply.alerts@chase.com>
> Date: September 18, 2023 at 7:12:29 AM EDT
> To: 
> Subject: Action Required – We haven't received your credit card payment

# CHASE

**Payment due**

# We haven't received your credit card payment

Please schedule a payment for at least the minimum amount due.

| | |
|---|---|
| Account | **Chase Credit (...3811)** |
| Date | **Sep 17, 2023** |

You may be receiving this alert even if you've already made a payment since it takes time for payments to process.

**Make a payment**

Securely access your accounts with the Chase Mobile® app or chase.com.

**ABOUT THIS MESSAGE**

Chase Mobile® app is available for select mobile devices. Message and data rates may apply.

This service email was sent based on your alert settings. Use the Chase Mobile app or visit chase.com/alerts to view or manage your settings.

Chase cannot guarantee the delivery of alerts and notifications. Wireless or internet service provider outages or other circumstances could delay them. You can always check chase.com or the Chase Mobile app for the status of your account

To protect your personal information, please don't reply to this message. Chase won't ask for confidential information in an email.

If you have concerns about the authenticity of this message or have questions about your account visit chase.com/CustomerService for ways to contact us.

Your privacy is important to us. See our online Security Center to learn how to protect your information.

© 2023 JPMorgan Chase & Co.