**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Cynthia Cieri,<br><br>　　　　　Debtor. | Case No. 23-10034-mdc<br><br>Chapter 13 |

**Order Granting Debtor's Motion for Sanctions for Violation of**
**the Automatic Stay by JPMorgan Chase Bank, N.A.**

　　**AND NOW**, on this _____ day of _____, upon consideration of the Debtor's Motion for Sanctions for Violation of the Automatic Stay by JPMorgan Chase Bank, N.A., and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. JPMorgan Chase Bank, N.A. is **HELD IN CONTEMPT** for willful violation of the automatic stay, 11 U.S.C. §362.

3. The Debtor is **AWARDED** and JPMorgan Chase Bank, N.A. shall pay the Debtor compensatory damages in the amount of $1,000 and punitive damages in the amount of $2,000.

4. JPMorgan Chase Bank, N.A. must remit the funds to Debtor's counsel's address of record within 30 days after the entry of this order.

5. The Debtor is **AWARDED** and JPMorgan Chase Bank, N.A. shall pay reasonable attorney's fees in an amount to be determined.

6. The Debtor's counsel shall file an application for award of attorney fees in the manner prescribed by L.B.R. 2016-1 within 14 days after the entry of this order.


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge


CC:　　Jamie Dimon
　　　　JPMorgan Chase Bank, N.A.
　　　　Mail Code LA4-7100
　　　　700 Kansas Lane
　　　　Monroe, LA 71203