UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 23-10034-mdc |
| Cynthia Cieri | Judge: Hon. Magdeline D. Coleman |
| | Chapter 11 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters an appearance in the above-captioned action as counsel on behalf of JPMorgan Chase Bank, N.A. and requests that copies of all notices given or required to be given and all papers filed, served, or required to be served in this case be given to and served upon the undersigned at the following address, telephone number, facsimile number, and e-mail address:

>Fred W. Hoensch, Esq.
>PARKER IBRAHIM & BERG LLP
>5 Penn Plaza, Suite 2371
>New York, New York 10001
>Telephone: (212) 596-7037
>Facsimile: (212) 596-7036
>E-mail: fred.hoensch@piblaw.com

Date:   October 31, 2023

**PARKER IBRAHIM & BERG LLP**

*/s/ Fred W. Hoensch*
Fred W. Hoensch, Esq.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (267) 908-9800
Facsimile: (267) 908-9888
E-mail: fred.hoensch @piblaw.com
*Attorneys for*
*JPMorgan Chase Bank, N.A.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 23-10034-mdc |
| Cynthia Cieri | Judge: Hon. Magdeline D. Coleman |
| | Chapter 11 |

### CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, I served the foregoing notice of appearance via CM/ECF as follows:

Michael I. Assad
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Attorneys for Debtor*
*Cynthia Cieri*

Date:   October 31, 2023

**PARKER IBRAHIM & BERG LLP**

*/s/ Fred W. Hoensch*
Fred W. Hoensch, Esq.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (267) 908-9800
Facsimile: (267) 908-9888
E-mail: fred.hoensch @piblaw.com
*Attorneys for*
*JPMorgan Chase Bank, N.A.*