# PARKER IBRAHIM & BERG LLP

Writer's Direct Contact:
267.908.9809 (Tel.)
267.908.9888 (Fax)
marissa.edwards@piblaw.com

www.piblaw.com

March 19, 2024

**VIA CM/ECF**
Chief U.S. Bankruptcy Judge Magdeline D. Coleman
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 202
Philadelphia, PA 19107

      Re:    <u>In re Cynthia Cieri, Case No. 23-10034-mdc</u>

Dear Chief Judge Coleman:

      This office represents JPMorgan Chase Bank, N.A. ("Chase") in connection with the "Amended" Motion For Sanctions for Violation of the Automatic Stay (the "Motion") filed by Debtor Cynthia Cieri ("Debtor"), which is currently scheduled for a hearing on April 2, 2024. *See* Docket Nos. 51 and 60. Chase writes to respectfully inform the Court that Chase opposes the relief sought by the Motion and intends to appear at the hearing in order to oppose same.

      We thank the Court for its time and consideration. Undersigned counsel is available should you have any questions or concerns.

      Respectfully submitted,

      */s/ Marissa Edwards*

      Marissa Edwards, Esq.

cc:    Michael I. Assad, Esq., counsel for Debtor (via CM/ECF)