**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Cynthia Cieri,<br><br>Debtor. | Case No. 23-10034-mdc<br><br>Chapter 13 |

**Consent Order**

**AND NOW**, with the consent of all parties to the Debtor's Motion For Sanctions for Violation of the Automatic Stay by JPMorgan Chase Bank, N.A. (ECF No. 51), it is hereby **ORDERED** that the time for the parties to file a stipulation of settlement is **EXTENDED** to May 10, 2024.

Date: _____

                          Patricia M. Mayer
                          U.S. Bankruptcy Judge

We consent to the form and entry of this order.

| | |
|---|---|
| CIBIK LAW, P.C<br>*Counsel for Debtor*<br><br>By:/s/ Michael I. Assad<br>    Michael I. Assad<br>    Attorney ID 330937<br>    1500 Walnut Street, Suite 900<br>    Philadelphia, PA 19102<br>    215-735-1060<br>    mail@cibiklaw.com | PARKER IBRAHIM & BERG<br>*Counsel for Creditor*<br><br>By:/s/ Marissa Edwards<br>    Marissa Edwards<br>    Attorney ID 316751<br>    1635 Market Street, 11th Floor<br>    Philadelphia, PA 19103<br>    267-908-9809<br>    marissa.edwards@piblaw.com |