United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10034-pmm |
| Cynthia Cieri | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Cynthia Cieri, 6824 Edmund St, Philadelphia, PA 19135-2302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 10, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| FRED W. HOENSCH | on behalf of Creditor JPMORGAN CHASE BANK N.A. fred.hoensch@piblaw.com, casenotifications@piblaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARISSA EDWARDS | on behalf of Creditor JPMORGAN CHASE BANK N.A. marissa.edwards@piblaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Cynthia Cieri help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Cynthia Cieri help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Citizens Bank N.A. mgvozdenovic@weltman.com, pitecf@weltman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: May 08, 2024     Form ID: pdf900     Total Noticed: 1
TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Cynthia Cieri,<br><br>　　　　Debtor. | Case No. 23-10034-mdc<br><br>Chapter 13 |

**Consent Order**

**AND NOW**, with the consent of all parties to the Debtor's Motion For Sanctions for Violation of the Automatic Stay by JPMorgan Chase Bank, N.A. (ECF No. 51), it is hereby **ORDERED** that the time for the parties to file a stipulation of settlement is **EXTENDED** to May 10, 2024.

Date: **May 7, 2024**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge

We consent to the form and entry of this order.

| | |
|---|---|
| CIBIK LAW, P.C<br>*Counsel for Debtor*<br><br>By: /s/ Michael I. Assad<br>　　Michael I. Assad<br>　　Attorney ID 330937<br>　　1500 Walnut Street, Suite 900<br>　　Philadelphia, PA 19102<br>　　215-735-1060<br>　　mail@cibiklaw.com | PARKER IBRAHIM & BERG<br>*Counsel for Creditor*<br><br>By: /s/ Marissa Edwards<br>　　Marissa Edwards<br>　　Attorney ID 316751<br>　　1635 Market Street, 11th Floor<br>　　Philadelphia, PA 19103<br>　　267-908-9809<br>　　marissa.edwards@piblaw.com |