**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Cynthia Cieri,<br><br>　　　　　Debtor. | Case No. 23-10034-mdc<br><br>Chapter 13 |

### Consent Order

**AND NOW**, with the consent of all parties to the Debtor's Motion For Sanctions for Violation of the Automatic Stay by JPMorgan Chase Bank, N.A. (ECF No. 51), it is hereby **ORDERED** that the time for the parties to file a stipulation of settlement is **EXTENDED** to May 17, 2024.

Date:

　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

We consent to the form and entry of this order.

| | |
|---|---|
| CIBIK LAW, P.C<br>*Counsel for Debtor* | PARKER IBRAHIM & BERG<br>*Counsel for Creditor* |
| By:/s/ Michael I. Assad<br>　　Michael I. Assad<br>　　Attorney ID 330937<br>　　1500 Walnut Street, Suite 900<br>　　Philadelphia, PA 19102<br>　　215-735-1060<br>　　mail@cibiklaw.com | By:/s/ Marissa Edwards<br>　　Marissa Edwards<br>　　Attorney ID 316751<br>　　1635 Market Street, 11th Floor<br>　　Philadelphia, PA 19103<br>　　267-908-9809<br>　　marissa.edwards@piblaw.com |