**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br><br> Cynthia Cieri, <br><br> Debtor. | Case No. 23-10034-pmm <br><br> Chapter 13 |

### Consent Order

**AND NOW**, with the consent of all parties to the Debtor's Motion For Sanctions for Violation of the Automatic Stay by JPMorgan Chase Bank, N.A. (ECF No. 51), it is hereby **ORDERED** that the time for the parties to file a stipulation of settlement is **EXTENDED** to May 17, 2024.

Date: **May 14, 2024**

_____
Patricia M. Mayer
U.S. Bankruptcy Judge


We consent to the form and entry of this order.

| | |
|---|---|
| CIBIK LAW, P.C <br> *Counsel for Debtor* | PARKER IBRAHIM & BERG <br> *Counsel for Creditor* |
| By:/s/ Michael I. Assad <br>    Michael I. Assad <br>    Attorney ID 330937 <br>    1500 Walnut Street, Suite 900 <br>    Philadelphia, PA 19102 <br>    215-735-1060 <br>    mail@cibiklaw.com | By:/s/ Marissa Edwards <br>    Marissa Edwards <br>    Attorney ID 316751 <br>    1635 Market Street, 11th Floor <br>    Philadelphia, PA 19103 <br>    267-908-9809 <br>    marissa.edwards@piblaw.com |