United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>Cynthia Cieri<br>    Debtor | Case No. 23-10034-pmm<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 17, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Cynthia Cieri, 6824 Edmund St, Philadelphia, PA 19135-2302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| FRED W. HOENSCH | on behalf of Creditor JPMORGAN CHASE BANK  N.A. fred.hoensch@piblaw.com, casenotifications@piblaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISSA EDWARDS | on behalf of Creditor JPMORGAN CHASE BANK  N.A. marissa.edwards@piblaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Cynthia Cieri help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Cynthia Cieri help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Citizens Bank  N.A. mgvozdenovic@weltman.com, pitecf@weltman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: May 17, 2024 Form ID: pdf900 Total Noticed: 1
TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 23-10034-pmm |
| Cynthia Cieri, | Chapter 13 |
| Debtor. | Related to ECF No. 51 |

### STIPULATION OF SETTLEMENT TO DEBTOR'S MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY BY JPMORGAN CHASE BANK, N.A.

**AND NOW**, on this ____ day of _____ 2024, Debtor Cynthia Cieri ("Debtor") and JPMorgan Chase Bank, N.A. ("Chase" and together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that the Motion for Sanctions for Violation of the Automatic Stay and Praecipe to Re-List Motion for Sanctions for Violation of the Automatic Stay filed by Debtor against Chase on September 19, 2023 at ECF 51 and February 7, 2024 at ECF 59 (together, the "Motion"), including any claims and defenses that were or could have been raised in relation thereto, shall be and hereby are SETTLED as follows:

1. In consideration for the agreements set forth herein and as set forth more fully in the Confidential Settlement Agreement and Release (the "Agreement"), the Parties stipulate and agree to resolve the Motion in the matter set forth herein and in the Agreement.

2. Chase denies the allegations contained in Debtor's Motion;

3. Notwithstanding same, Chase agrees to remit funds to Debtor via Debtor's counsel within thirty (30) days of the entry of this stipulation in the amount of $3,000.00 (Three Thousand Dollars and Zero Cents).

4. Nothing herein or in the Agreement shall constitute or be construed as an admission by Chase of the truth of any of the allegations made or of any liability, fault, or

1

wrongdoing of any kind whatsoever.

5. Debtor acknowledges that Chase's fulfillment of the provisions of this stipulation fully resolves all damages and potential damages associated with the underlying matter.

6. The parties agree that this matter is hereby SETTLED.

**PARKER IBRAHIM & BERG LLP**
*Counsel for Defendant*,

By: /s/ James P. Berg
    James P. Berg, Esq.
    Marissa Edwards, Esq.
    1635 Market Street, 11th Floor
    Philadelphia, Pennsylvania 19103
    Phone: 267-908-9800
    james.berg@piblaw.com
    marissa.edwards@piblaw.com

Dated:

**CIBIK LAW, P.C.**
*Counsel for Debtor*,

By: /s/ Michael I. Assad
    Michael I. Assad, Esq.
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    Phone: 215-735-1060
    mail@cibiklaw.com

Dated:

**No Objection**:

By: /s/ LeeAne O. Huggins    May 13, 2024
    LeeAne Huggins, Esq.
    Counsel for Kenneth E. West
    Chapter 13 Trustee
    PO Box 1229
    Philadelphia, PA 19105
    215-627-1377
    ecfemails@ph13trustee.com

**ORDER APPROVING STIPULATION**

AND NOW, on this 16th day of May 2024, it is ORDERED that this Stipulation of Settlement is APPROVED.

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE