Certificate Number: 16339-PAE-DE-040546570

Bankruptcy Case Number: 23-10034



16339-PAE-DE-040546570

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2026, at 11:40 o'clock PM EST, Cynthia Cieri completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 25, 2026        By:    /s/Kris Krumal

                               Name:  Kris Krumal

                               Title: Certified Financial Counselor