United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10034-djb |
| Cynthia Cieri | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 26, 2026 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Cynthia Cieri, 6824 Edmund St, Philadelphia, PA 19135-2302 |
| 14746860 | | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14827483 | + | JPMorgan Chase Bank, N.A., c/o Fred W. Hoensch, Esq., Parker,Ibrahim and Berg LLP, 5 Penn Plaza, Suite 2371, New York, New York 10001-1810 |
| 14827484 | + | JPMorgan Chase Bank, N.A., c/o Fred W. Hoensch, Esq., 1635 Market Street, 11th Floor, Philadelphia, PA 19103-2219 |
| 14746866 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14746869 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 27 2026 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14746855 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 27 2026 00:45:23 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14760612 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jan 27 2026 00:34:00 | Bank of America, N.A., PO Box 15102, Wilmington DE 19886-5102 |
| 14746856 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 27 2026 00:34:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14760143 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 27 2026 00:34:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14746857 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 27 2026 00:34:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14762969 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2026 00:34:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14746861 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2026 00:34:00 | Citizens Bank NA, Attn: Bankruptcy 1 Citizens Plaza, Providence, RI 02903 |
| 14754612 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 27 2026 00:34:00 | Citizens Bank, N.A, One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14746863 | | Email/Text: megan.harper@phila.gov | Jan 27 2026 00:34:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14746858 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 27 2026 00:45:11 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850-5298 |
| 14746859 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2026 00:45:16 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2026 | Form ID: 138OBJ | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Louis, MO 63179-0034 |
| 14746862 | | Email/Text: bankruptcy@philapark.org | Jan 27 2026 00:34:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14751187 | | Email/Text: mrdiscen@discover.com | Jan 27 2026 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14746864 | + | Email/Text: mrdiscen@discover.com | Jan 27 2026 00:34:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14752060 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 27 2026 00:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14764332 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 00:45:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14766053 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2026 00:45:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14765872 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2026 00:44:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14746867 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2026 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14746868 | ^ | MEBN | Jan 27 2026 00:21:18 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14746870 | | Email/Text: bankruptcy@philapark.org | Jan 27 2026 00:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14746871 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 27 2026 00:34:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14746872 | ^ | MEBN | Jan 27 2026 00:21:09 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14746865 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14779767 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| FRED W. HOENSCH | on behalf of Creditor JPMORGAN CHASE BANK  N.A. fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISSA EDWARDS | on behalf of Creditor JPMORGAN CHASE BANK  N.A. marissaedwards@hinshawlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Cynthia Cieri help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MILOS GVOZDENOVIC | on behalf of Creditor Citizens Bank  N.A. mgvozdenovic@weltman.com, pitecf@weltman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

Form 138OBJ (6/24)−doc 80 − 78

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Cynthia Cieri ) Case No. 23−10034−djb
)
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 26, 2026

For The Court

Mohung Wong
Clerk of Court